RECEIVED
IN LAKE CHARLES, LA

JUL 14 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MICHEL JULIO** | : | **DOCKET NO. 2:09-cv-771**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **ERIC HOLDER, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## ORDER

Michel Julio filed a *habeas corpus* petition in the above-captioned matter on May 8, 2009. Doc. 1. On July 13, 2009, the government filed a Motion to Dismiss with exhibits, representing to the court that Mr. Julio was removed from the United States on May 27, 2009. Doc. 9.

Accordingly, it is ORDERED that the matter is DISMISSED WITHOUT PREJUDICE. Should the representation made to the court by the government be without verity, petitioner Julio shall notify the court and the action may be reopened for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on this 14th day of July, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE